UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARCHIE ISLAS,

         Plaintiff,

    v.

LOUISVILLE LADDER GROUP, LLC,
a Delaware limited liability
company; and HOME DEPOT U.S.A.,
INC., a Delaware corporation,

         Defendants.
_____/

NO. CIV. S-03-1687 LKK/JFM

O R D E R

On April 21, 2006, the court held a Status Conference in the above-captioned case. Based on the discussions with the parties at that conference, the court hereby ORDERS as follow:

1. The trial date is CONTINUED to September 19, 2006 at 10:30 a.m. in Courtroom No. 4.[1]

////

---

[1] As the court noted during the conference, if there is a conflict with this date, the parties shall contact the courtroom deputy, Ana Rivas, within five (5) days of this order.

1

2. Any exhibits not included in the pretrial order, except for the pharmacy prescriptions, are STRICKEN. No other exhibits shall be permitted.

3. Defendant's counsel shall submit to the court an affidavit within ten (10) days setting forth the total amount their client will be charged in order to prepare for trial on plaintiff's new theory of the case. Plaintiff shall have ten (10) days thereafter to challenge this amount as unreasonable. Plaintiff shall pay up to five-thousand dollars ($5000.00) for costs incurred by defendant to proceed on a new theory of the case.

4. Defendant's counsel shall submit to the court new proposed jury instructions and a proposed verdict form four (4) weeks before the trial date.

IT IS SO ORDERED.

DATED: April 24, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT